IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:25-cv-00420-RP |
| MARY ALICE COOK, LASONDRA SHAWNTEL COOK, DEJA ALAINE MOSS, and SARAH RONKE OYEWALE AS NEXT FRIEND OF J. P. AND J. C., MINORS, | § § § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS MARY ALICE COOK, LASONDRA SHAWNTEL COOK, DEJA ALAINE MOSS, and SARAH RONKE OYEWALE AS NEXT FRIEND OF J. P. AND J. C., MINORS**

Plaintiff PHH Mortgage Corporation, ("PHH" or Plaintiff"), its successors and assigns files this, its Motion for Default Judgment as to Defendants Mary Alice Cook, Lasondra Shawntel Cook, Deja Alaine Moss, and Sarah Ronke Oyewale as Next Friend of J.P. and J.C., minors ("Defaulting Defendants"), and in support thereof respectfully shows as follows:

1. Plaintiff is PHH Mortgage Corporation. Defendants are Mary Alice Cook, Lasondra Shawntel Cook, Deja Alaine Moss, and Sarah Ronke Oyewale as Next Friend of J.P. and J.C., minors.

2. Plaintiff filed its Original Complaint on March 20, 2025 asserting claims for declaratory judgment regarding enforcement of Plaintiff's statutory probate lien and seeking an order allowing foreclosure ("Complaint"). [Doc. 1].

3. Defendant Mary Alice Cook was served on March 24, 2025, via personal service at 6033 Garth Rd. Apt 2205, Baytown, Texas 77521. [Doc. 5]. Defendant's answer or response to the Complaint was due on or before April 15, 2025. FED. R. CIV. P. 12(a)(1)(A)(i).

4. Defendant Deja Alaine Moss was served on March 26, 2025, via personal service at 2171 Inverness Forest Blvd # 2035, Houston, Texas 77073. [Doc. 6]. Defendant's answer or response to the Complaint was due on or before April 16, 2025. FED. R. CIV. P. 12(a)(1)(A)(i).

5. Defendant Lasondra Shawntel Cook was served on March 29, 2025, via personal service at 6024 Elfen Way, Austin, Texas 78724. [Doc. 7]. Defendant's answer or response to the Complaint was due on or before April 21, 2025. FED. R. CIV. P. 12(a)(1)(A)(i).

6. Defendant Sarah Ronke Oyewale as the next friend of minors J.P. and J.C was served on April 10, 2025, via personal service at 216 Dalgoner Ln., Temple, Texas 76502. [Doc. 8]. Defendant's answer or response to the Complaint was due on or before May 1, 2025. FED. R. CIV. P. 12(a)(1)(A)(i).

7. Plaintiff served the Summons and Complaint on all named Defendants pursuant to Rule 4. Defendants have not answered or otherwise appeared in this action. The court clerk may enter default against a party who has not filed a responsive pleading or otherwise defended a suit. FED. R. CIV. P. 55(A); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

8. On June 17, 2025, Plaintiff filed its Request for Clerk's Entry of Default as to Defaulting Defendants because they did not file a responsive pleading within 21 days after service of the Complaint. *See* FED. R. CIV. P. 12(a)(1)(A)(i). [Doc. 10]. The Clerk's Entry of Default was entered on June 23, 2025. [Doc. 11].

9. Plaintiff meets the requirements for obtaining an entry of default, as demonstrated by the Declaration of Crystal G. Gibson attached hereto as Exhibit A and incorporated herein by reference.

10. Defaulting Defendants are not in active-duty military status. *See* Exhibit A-1.

11. Plaintiff is entitled to an entry of default as to Defaulting Defendants because they did not answer or otherwise defend against the Complaint.

12. Plaintiff now asks the Court to render default judgment against Defaulting Defendants allowing it to enforce its lien through non-judicial foreclosure pursuant to the terms of the Note and Deed of Trust (collectively the "Loan Agreement") and Texas Property Code section 51.002. Specifically, Plaintiff seeks an order allowing foreclosure to be conducted at a public auction of the Property in conjunction with all other regularly scheduled non-judicial foreclosure sales on the first Tuesday of the month, which would be the most practical, efficient and effective means to enforce Plaintiff's security interest in the Property. Because the rights, responsibilities, and duties of Plaintiff and the trustee are well known under Texas Property Code section 51.002 and Texas case law, a public auction conducted in the same manner as a non-judicial foreclosure sale would meet all constitutional standards of due process. under the terms of the Security Instrument, TEX. PROP. CODE § 51.002, and applicable law.

13. The Court should render a default judgment against Defaulting Defendants because they did not file a responsive pleading or otherwise defend the claims against them. Such default constitutes an admission by Defaulting Defendants as to all allegations in the Complaint. Thus, Plaintiff is entitled to a default judgment.

14. With regard to the issue of damages, Plaintiff does not seek any personal liability against Defaulting Defendants, but instead seeks a judgment against Defaulting Defendants for an

*in rem* interest in the real property, fixtures and improvements commonly known as 6024 Elfen Way, Austin, Texas 78724 (The "Property"), and more particularly described as:

> LOT 14, BLOCK I, THE WOODLANDS SECTION 3, AN ADDITION TO THE CITY OF AUSTIN, TRAVIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN DOCUMENT NO. 200700163 OF THE OFFICIAL PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS.

Therefore, no hearing is necessary to establish the amount of Plaintiff's damages.

15. Plaintiff requested reasonable and necessary attorneys' fees and costs based on the terms of the Loan Agreement executed by the Decedent. Plaintiff requests that the award of attorney's fees be made not as a money judgment the Defaulting Defendants, but as a further obligation owed by Decedent under the subject Loan Agreement. Plaintiff asks that the amount of reasonable and necessary attorneys' fees and costs be determined by subsequent motion pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i).

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that this Court enter a final default judgment against Defaulting Defendants Mary Alice Cook, Lasondra Shawntel Cook, Deja Alaine Moss, and Sarah Ronke Oyewale as Next Friend of J.P. and J.C. minors for an *in rem* interest in the Property with regard to the claims asserted against them in Plaintiff's Complaint, and award Plaintiff the following relief:

   a. Judgment against Defaulting Defendants declaring that the following are secured by Plaintiff's Deed of Trust on the Property: (a) the outstanding balance of the Note; (b) pre-judgment interest; (c) post-judgment interest from the date of judgment until paid; (d) costs of court; and (e) attorney's fees in an amount to be determined upon subsequent motion pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i);

   b. Judgment against Defaulting Defendants declaring that Plaintiff or its successors or assigns may foreclose on the Property through a non-judicial foreclosure of the Property pursuant to the Deed of Trust and Texas Property Code § 51.002; and

   c. Any other relief to which the Court deems Plaintiff is entitled.

                Respectfully submitted,

By:   */s/ Crystal G. Gibson*
      **CRYSTAL G. GIBSON**
      Texas Bar No. 24027322
      cgibson@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 North Dallas Parkway, Ste. 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on July 9, 2025, a copy of the above and foregoing document was served on the following Parties in the manner described below:

**VIA CMRR # 9314 7699 0430 0137 2011 86 and U.S. Mail:**
Mary Alice Cook
6033 Garth Rd. Apt 2205
Baytown, Texas 77521
*Defendant*

**VIA CMRR # 9314 7699 0430 0137 2017 97 and U.S. Mail:**
Lasondra Shawntel Cook
6024 Elfen Way
Austin, Texas 78724
*Defendant*

**VIA CMRR # 9314 7699 0430 0137 2018 58 and U.S. Mail:**
Deja Alaine Moss
2171 Inverness Forest Blvd # 2035
Houston, Texas 77073
*Defendant*

**VIA CMRR # 9314 7699 0430 0137 2022 99 and U.S. Mail:**
Sarah Ronke
as next friend of J.P. and J.C., Minors
216 Dalgoner Ln.,
Temple, Texas 76502
*Defendant*

                */s/ Crystal G. Gibson*
                **CRYSTAL G. GIBSON**